**Opinion issued December 16, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00841-CV

———————————

**INFINITY CAPITAL II, LLC, INFINITY CAPITAL, LLC, LAURIE A. MCRAY, AND MCRAY MONEY MANAGEMENT, LLC, Appellants**

**V.**

**STRASBURGER & PRICE, LLP, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-32348**

---

### MEMORANDUM OPINION

Appellants, Infinity Capital II, LLC, Infinity Capital, LLC, Laurie A. McRay, and McRay Money Management, LLC, have filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See*

TEX. R. APP. P. 42.1(a)(1), (c). Further, although appellants failed to include a certificate of conference in their motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Massengale.